UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAUAN P. DANIELS,<br><br>Defendant. | Case: 4:23-cr-20120<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 02-22-2023 At 12:20 PM<br>SEALED MATTER (krc)<br><br><br>Violation:<br>18 U.S.C. § 922(o) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### POSSESSION OF A MACHINE GUN
### 18 U.S.C. § 922(o)

On or about May 18, 2022, in the Eastern District of Michigan, JAUAN P. DANIELS knowingly possessed a machinegun, that is, a Glock, Model 19X, 9mm caliber pistol modified to fire automatically more than one shot without manual reloading by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One of this Indictment, JAUAN P. DANIELS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to a Glock, Model 19X, 9mm caliber, pistol, serial number AFLV550, two automatic switches for Glock pistols, twenty-five rounds of 9mm ammunition, and eighty-three rounds of miscellaneous caliber ammunition.

**THIS IS A TRUE BILL.**

Dated: February 22, 2023

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street, Suite 210
Flint, Michigan 48502-1280
anthony.vance@usdoj.gov
P61148

s/William Orr
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
william.orr@usdoj.gov
Texas Bar No. 24102308

2

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     ☐ No

Case: 4:23-cr-20120
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 02-22-2023 At 12:20 PM
SEALED MATTER (krc)

Case Title: USA v.  Jauan P. Daniels

County where offense occurred:  Genesee

Check One:   X Felony     ☐ Misdemeanor     ☐ Petty

    __X__Indictment/_____Information ---  **no** prior complaint.
    _____Indictment/_____Information ---  based upon prior complaint [Case number:]
    _____Indictment/_____Information ---  based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: February 22, 2023

s/William Orr
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:   Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.